## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Debra Graham and Kathleen Hindes individually and on behalf of all persons similarly situated as Collective Representatives

v.

Ryan International Airlines, inc.,

Case Number: **08 C 5 0 0 1 9**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Debra Graham and Kathleen Hindes

**FILED**

JAN 29 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> John C. Ireland | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John C. Ireland | |
| FIRM <br> The Law Office of John C. Ireland | |
| STREET ADDRESS <br> 1921 Charles Lane | |
| CITY/STATE/ZIP <br> Aurora  ILL  60505 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 628137 | TELEPHONE NUMBER <br> 630-464-9675 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |