IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEBRA GRAHAM AND KATHLEEN HINDES individually and on behalf of all persons similarly situated as Collective representatives, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>RYAN INTERNATIONAL AIRLINES, INC. )<br><br>Defendant. ) | Case No. 08 C 50019<br><br>Honorable Judge Frederick J. Kapala<br><br>U.S. District Judge P. Michael Mahoney Magistrate Judge<br><br>**JURY TRIAL DEMANDED ON ALL COUNTS** |

### NOTICE OF FILING

I, John C. Ireland, of the Law Office of John C. Ireland, hereby certify that I have caused copies of the

**SIGNED WAIVER OF SERVICE OF PROCESS for
Ryan International Airlines, Inc.,**

**A copy of this notice of filing**

To be served on the parties on the attached Service List on February 15, 2008, by United States Mail, with proper postage prepaid and/or by electronic mail

                                            __-S-John C. Ireland____

                                            John C. Ireland

John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois
60505
630-464-9675
Attorneyireland@aol.com
Attorney Number 6283137

## SERVICE LIST

**Ms. Laurie Hoadley**
**Hinshaw and Culberton**
**100 Park Ave.**
**Rockford Illinois**
**61105**