IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEBRA GRAHAM and KATHLEEN HINDES individually and on behalf of all persons similarly situated as Collective representatives,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN INTERNATIONAL AIRLINES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No.: 08 C 50019<br>)<br>)  Honorable Judge: Kapala<br>)<br>)<br>)  U.S. District Judge P. Michael Mahoney,<br>)  Magistrate Judge<br>)<br>) |

## APPEARANCE

    NOW COMES HINSHAW & CULBERTSON LLP and hereby enters its Appearance for RYAN INTERNATIONAL AIRLINES, INC., Defendant, in the above-entitled cause of action.

                                      Respectfully submitted,

                                      HINSHAW & CULBERTSON LLP

                                      By:  s/Lori L. Hoadley
                                               Lori L. Hoadley

Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

70554577v1 875374

The undersigned certifies that on March 4, 2008, a copy of the foregoing Defendant's Appearance was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

John C. Ireland, Esq.
The Law Office of John C. Ireland
1921 Charles Lane
Aurora, IL  60505
Phone  630.464.9675
Fax     630.206.0889

/s/ Rhonda Walker

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax     815.490.4901

70554577v1 875374