IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEBRA GRAHAM AND KATHLEEN HINDES individually and on behalf of all persons similarly situated as Collective representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN INTERNATIONAL AIRLINES, INC.<br><br><br><br><br><br>Defendant. | Case No. 08 C 50019<br><br>Honorable Judge Frederick J. Kapala<br><br>U.S. District Judge P. Michael Mahoney Magistrate Judge<br><br>**JURY TRIAL DEMANDED**<br>**ON ALL COUNTS** |

**AGREED MOTION TO AMEND COMPLAINT,** *instanter*

NOW COMES, the Plaintiffs and the Defendant, jointly and herein moves this Honorable Court to allow Amendment of the Plaintiff's previously filed Complaint to correct the inaccurate numbering found in the Plaintiff's initial complaint and in support of said motion states as follows:

1. On January 29, 2008 the Plaintiff filed the above-captioned Complaint.

2. In this Complaint, Plaintiffs' paragraph numbering became confused and jumbled due to computer software conversion issues.

3. Plaintiff and Defendant now move jointly to Amend the previously filed complaint to

1

    allow for proper number of the paragraphs of the Complaint.

4. Defendant joins in this motion in that the renumbering will allow for ease of answering and not delay the responsive pleading due on or around March 29, 2008.

5. Plaintiff has not previously amended the pleadings.

6. Plaintiff has made no other changes to the originally filed complaint.

    Wherefore, the Parties jointly move this Honorable Court to allow for amendment of the previously filed complaint, *instanter*;

Submitted by

_____-S-John C. Ireland _____　and　　_____S- Lori Hoadley_____

John C. Ireland　　　　　　　　　　　　　　　Lori Hoadley

John C. Ireland　　　　　　　　　　　　　　　Lori L. Hoadley
The Law Office of John C. Ireland　　　　　　Hinshaw & Culbertson LLP
1921 Charles Lane　　　　　　　　　　　　　100 Park Avenue
Aurora Illinois　　　　　　　　　　　　　　　Rockford, Illinois 61101
60505　　　　　　　　　　　　　　　　　　　(815) 490-4936
630-464-9675
Attorneyireland@aol.com
Attorney Number 6283137