IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEBRA GRAHAM AND KATHLEEN HINDES individually and on behalf of all persons similarly situated as Collective representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN INTERNATIONAL AIRLINES, INC.<br><br><br><br><br><br><br><br><br>Defendant. | Case No. 08 C 50019<br><br>Honorable Judge Frederick J. Kapala<br><br>U.S. District Judge P. Michael Mahoney Magistrate Judge<br><br>**JURY TRIAL DEMANDED<br>ON ALL COUNTS** |

### NOTICE OF MOTION

TO:

**Ms. Laurie Hoadley
Hinshaw and Culberton
100 Park Ave.
Rockford Illinois
61105**

    PLEASE TAKE NOTICE THAT on April 2, 2008 at 1:30 PM or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable P. Michael Mahoney or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in the United States District Court for the Northern Illinois District of Illinois, 211 South Court St. Courtroom 220, Rockford Illinois and then and there present the following:

**AGREED MOTION TO AMEND COMPLAINT,** *instanter*

1

A copy of which is herewith served upon you.

**PROOF OF SERVICE**

The undersigned on oath states that the above described documents and a copy of this notice were served by US Mail and/or electronic delivery to the above named attorneys of record on March 28, 2008.

I, John C. Ireland, under penalty of perjury under the laws of the State of Illinois that the forgoing was correct and true.


    March 28, 2008  _____/s/_____John C. Ireland_____
    Date    John C. Ireland


John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois
60505
630-464-9675
Attorneyireland@aol.com
Attorney Number 6283137