IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEBRA GRAHAM AND KATHLEEN HINDES individually and on behalf of all persons similarly situated as Collective representatives,<br><br>           Plaintiffs,<br><br>    vs.<br><br>RYAN INTERNATIONAL AIRLINES, INC.<br><br><br><br><br><br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 08 C 50019<br>)<br>)  Honorable Judge Frederick J. Kapala<br>)<br>)<br>)  U.S. District Judge P. Michael Mahoney<br>)  Magistrate Judge<br>)<br>)  **JURY TRIAL DEMANDED**<br>)        **ON ALL COUNTS**<br>)<br>) |

### NOTICE OF FILING

     I, John C. Ireland, of the Law Office of John C. Ireland, hereby certify that I have caused copies of the

### PLAINTIFFS' PROPOSED CASE MANAGEMENT ORDER

### A copy of this notice of filing

To be served on the parties on the attached Service List on March 28, 2008, by United States Mail, with proper postage prepaid and/or by electronic mail

                                                  __-S-John C. Ireland____

                                                  John C. Ireland

John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois
60505
630-464-9675
Attorneyireland@aol.com
Attorney Number 6283137

## SERVICE LIST

**Ms. Laurie Hoadley**
**Hinshaw and Culberton**
**100 Park Ave.**
**Rockford Illinois**
**61105**