IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DEBRA GRAHAM AND KATHLEEN HINDES individually and on behalf of all persons similarly situated as Collective representatives, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 08 C 50019 |
| vs. | ) | |
| | ) | Honorable Judge Frederick J. Kapala |
| RYAN INTERNATIONAL AIRLINES, INC. | ) | |
| | ) | U.S. District Judge P. Michael Mahoney Magistrate Judge |
| | ) | **JURY TRIAL DEMANDED ON ALL COUNTS** |
| Defendant. | ) | |

**NOTICE OF FILING**

I, John C. Ireland, of the Law Office of John C. Ireland, hereby certify that I have caused copies of the

**PLAINTIFFS' AMENDED PROPOSED CASE MANAGEMENT ORDER**

**A copy of this notice of filing**

To be served on the parties on the attached Service List on April 1, 2008, by United States Mail, with proper postage prepaid and/or by electronic mail

__-S-John C. Ireland____

John C. Ireland

John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois
60505
630-464-9675
Attorneyireland@aol.com
Attorney Number 6283137

**SERVICE LIST**

**Ms. Laurie Hoadley**
**Hinshaw and Culberton**
**100 Park Ave.**
**Rockford Illinois**
**61105**