IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEBRA GRAHAM and KATHLEEN HINDES individually and on behalf of all persons similarly situated as Collective representatives,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RYAN INTERNATIONAL AIRLINES, INC.,<br><br>　　　　　Defendant. | Case No.: 08 C 50019<br><br>Honorable Judge: Kapala<br><br>U.S. District Judge P. Michael Mahoney, Magistrate Judge |

**DEFENDANT'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

NOW COMES the Defendant, RYAN INTERNATIONAL AIRLINES, INC., by and through its attorney, Lori L. Hoadley of HINSHAW & CULBERTSON LLP, hereby making its disclosure of affiliates pursuant to Rule 3.2 of the Federal Rules of Civil Procedure, and stating as follows:

Ryan International Airlines, Inc. is a corporation which is fully owned by Rubloff Ryan, L.L.C.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　RYAN INTERNATIONAL AIRLINES, INC., Defendant


　　　　　　　　　　　　　　　　By: s/Lori L. Hoadley
　　　　　　　　　　　　　　　　　　　Lori L. Hoadley
　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP

Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

70557295v1 886945

**AFFIDAVIT OF SERVICE**

The undersigned certifies that on April 1, 2008, a copy of the foregoing Defendant's Local Rule 3.2 Notification as to Affiliates was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

> John C. Ireland, Esq.
> The Law Office of John C. Ireland
> 1921 Charles Lane
> Aurora, IL  60505
> Phone  630.464.9675
> Fax    630.206.0889

/s/ Rhonda Walker

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax    815.490.4901

70557295v1 886945