IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEBRA GRAHAM, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:08-cv-50019 |
| ) | |
| v. ) | Judge Fredrick J. Kapala |
| ) | Magistrate Judge Michael Mahoney |
| RYAN INTERNATIONAL AIRLINES, INC. ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO:  **John C. Ireland**
The Law Office of John C. Ireland
1921 Charles Lane
Aurora, Illinois 60505
(630) 464-9675
attorneyireleand@aol.com

PLEASE TAKE NOTICE that on Friday, May 9, 2006 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Frederick J. Kapala, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois, in Courtroom 220, and shall then and there present **Defendant's Motion to Dismiss Claims Five Through Ten of Plaintiffs' Complaint**, a copy of which is being served upon you along with this Notice.

Dated: May 2, 2008                                  Respectfully submitted,

                                                    RYAN INTERNATIONAL AIRLINES


                                                    By:  /s/ Kirsten M. Evans
                                                         One of Its Attorneys

1-CH/213018.1

Charles C. Jackson
Sari M. Alamuddin
Alison B. Willard
Kirsten M. Evans
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, Fifth Floor
Chicago, Illinois 60601
Tel:  (312) 324.1000
Fax:  (312) 324.1001
Email:  kirsten.evans@morganlewis.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing was electronically filed with the Court this 2nd day of May, 2008, which will send a notice of electronic filing to the following counsel of record:

>John C. Ireland
>The Law Office of John C. Ireland
>1921 Charles Lane
>Aurora, Illinois 60505
>attorneyireleand@aol.com

>/s Kirsten M. Evans

>One of Defendant's Attorneys