IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEBRA GRAHAM and KATHLEEN HINDES individually and on behalf of all persons similarly situated as Collective representatives,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RYAN INTERNATIONAL AIRLINES, INC.,<br><br>　　　　Defendant. | Case No.: 08 C 50019<br><br>Honorable Judge: Kapala<br><br>U.S. District Judge P. Michael Mahoney, Magistrate Judge |

### DEFENDANT'S MOTION TO WITHDRAW

NOW COMES the Defendant, RYAN INTERNATIONAL AIRLINES, INC., by and through its attorney, Lori L. Hoadley of HINSHAW & CULBERTSON LLP, hereby filing its Motion to Withdraw:

1.　Attorney Lori L. Hoadley of Hinshaw & Culbertson LLP had filed an appearance in the captioned matter.

2.　Defendant, Ryan International Airlines, Inc., desires to change counsel and has identified new counsel, Charles C. Jackson of Morgan, Lewis & Bockius LLP, who will file his appearance separately.

3.　No party will be prejudiced by the granting of Defendant's Motion.

WHEREFORE, Defendant, RYAN INTERNATIONAL AIRLINES, INC., moves for an order granting Lori L. Hoadley of Hinshaw & Culbertson LLP leave to withdraw as attorney of record for Defendant in this cause.

                Respectfully submitted,

                RYAN INTERNATIONAL AIRLINES, INC., Defendant


        By: s/Lori L. Hoadley
             Lori L. Hoadley
             HINSHAW & CULBERTSON LLP

Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

2

70560702v1 886945

**AFFIDAVIT OF SERVICE**

The undersigned certifies that on May 5, 2008, a copy of the foregoing Defendant's Motion to Withdraw was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

John C. Ireland, Esq.
The Law Office of John C. Ireland
1921 Charles Lane
Aurora, IL  60505
Phone  630.464.9675
Fax     630.206.0889

/s/ Rhonda Walker

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax     815.490.4901

70560702v1 886945