**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| DEBRA GRAHAM, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:08-cv-50019 |
| | ) | |
| v. | ) | Judge Fredrick J. Kapala |
| | ) | Magistrate Judge Michael Mahoney |
| RYAN INTERNATIONAL AIRLINES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING CORRECTED PAPERS IN SUPPORT OF MOTION TO DISMISS**

TO:　**John C. Ireland**
　　　The Law Office of John C. Ireland
　　　1921 Charles Lane
　　　Aurora, Illinois 60505
　　　(630) 464-9675
　　　attorneyireleand@aol.com

　　　PLEASE TAKE NOTICE that Defendant Ryan International Airlines, Inc. has filed a corrected Defendant's Motion to Dismiss Claims Five Through Ten of Plaintiffs' First Amended Complaint and a corrected Defendant's Memorandum of Law in Support of Its Motion to Dismiss Claims Five Through Ten of Plaintiffs' First Amended Complaint. The reason for the corrected documents is that, since Defendant submitted its original Motion to Dismiss Claims Five Through Ten of Plaintiffs' Complaint and supporting documents, it learned that plaintiffs filed a first amended complaint to allow for proper numbering of the paragraphs in their original complaint. The corrected documents have been submitted solely to correct Defendant's citations and to set forth accurate references to the first amended complaint.

Dated: May 5, 2008　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　RYAN INTERNATIONAL AIRLINES


　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Kirsten M. Evans
　　　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

1-CH/213196.1

        Charles C. Jackson
        Sari M. Alamuddin
        Alison B. Willard
        Kirsten M. Evans
        Morgan, Lewis & Bockius LLP
        77 West Wacker Drive, Fifth Floor
        Chicago, Illinois 60601
        Tel:  (312) 324.1000
        Fax:  (312) 324.1001
        Email:  kirsten.evans@morganlewis.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing was electronically filed with the Court this 5th day of May, 2008, which will send a notice of electronic filing to the following counsel of record:

        John C. Ireland
        The Law Office of John C. Ireland
        1921 Charles Lane
        Aurora, Illinois 60505
        attorneyireleand@aol.com

        /s/ Kirsten M. Evans
        One of Defendant's Attorneys