**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| DEBRA GRAHAM, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:08-cv-50019 |
| | ) | |
| v. | ) | Judge Fredrick J. Kapala |
| | ) | Magistrate Judge Michael Mahoney |
| RYAN INTERNATIONAL AIRLINES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF MOTION**

TO:  **John C. Ireland**
The Law Office of John C. Ireland
1921 Charles Lane
Aurora, Illinois 60505
(630) 464-9675
attorneyireleand@aol.com

　　　PLEASE TAKE NOTICE that on Friday, May 9, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Magistrate Judge P. Michael Mahoney, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois, in Courtroom 206, and shall then and there present **Defendant's Corrected Motion to Dismiss Claims Five Through Ten of Plaintiffs' First Amended Complaint**, a copy of which is being served upon you along with this Notice.

Dated: May 5, 2008　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　RYAN INTERNATIONAL AIRLINES


　　　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Kirsten M. Evans
　　　　　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Charles C. Jackson<br>
Sari M. Alamuddin<br>
Alison B. Willard<br>
Kirsten M. Evans<br>
Morgan, Lewis & Bockius LLP<br>
77 West Wacker Drive, Fifth Floor<br>
Chicago, Illinois 60601<br>
Tel:  (312) 324.1000<br>
Fax:  (312) 324.1001<br>
Email:  kirsten.evans@morganlewis.com

1-CH/213157.1

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing was electronically filed with the Court this 5th day of May, 2008, which will send a notice of electronic filing to the following counsel of record:

>John C. Ireland
>The Law Office of John C. Ireland
>1921 Charles Lane
>Aurora, Illinois 60505
>attorneyireleand@aol.com

>/s/ Kirsten M. Evans
>One of Defendant's Attorneys

1-CH/213157.1