IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

DEBRA GRAHAM and KATHLEEN HINDES )
individually and on behalf of all persons )
similarly situated as Collective representatives, )
)     Case No.: 08 C 50019
Plaintiff, )
)
v. )
)
RYAN INTERNATIONAL AIRLINES, INC., )
)
Defendant. )

TO:  <u>See Attached Service List</u>

### <u>AMENDED RULE 5.3(b) NOTICE OF PRESENTMENT OF MOTION</u>

YOU ARE HEREBY NOTIFIED, that on **May 9, 2008**, at **1:30 p.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Magistrate Mahoney** in the Room occupied by him, or in his absence, any other Judge that may be presiding in said Court Room, in the United States District Court, 211 South Court Street, at Rockford, Illinois, and then and there:

Present **Defendant's Motion to Withdraw**, a copy previously filed and served,

At which time and place you may appear, if you so desire.

Respectfully submitted,

RYAN INTERNATIONAL AIRLINES, INC., Defendant

By: s/Lori L. Hoadley
      Lori L. Hoadley
      HINSHAW & CULBERTSON LLP

Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

70561014v1 886945

2

## AFFIDAVIT OF SERVICE

The undersigned certifies that on May 6, 2008, a copy of the foregoing was electronically

served via the U.S. District Court CM/ECF E-Filing System upon the following:

John C. Ireland, Esq.
The Law Office of John C. Ireland
1921 Charles Lane
Aurora, IL  60505
Phone  630.464.9675
Fax     630.206.0889


/s/ Rhonda Walker


HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax     815.490.4901

2