**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| DEBRA GRAHAM, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:08-cv-50019 |
| | ) | |
| v. | ) | Judge Fredrick J. Kapala |
| | ) | |
| RYAN INTERNATIONAL AIRLINES, INC. | ) | Magistrate Judge Michael Mahoney |
| | ) | |
| Defendant. | ) | |

**NOTICE OF JOINT MOTION**

     PLEASE TAKE NOTICE that on Friday, May 9, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Magistrate Judge P. Michael Mahoney, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois, in Courtroom 206, and shall then and there present Plaintiffs' and Defendant's *Joint Motion To Stay Initial Pretrial Conference And All Discovery Pending Ruling On Defendant's Motion To Dismiss Claims Five Through Ten Of Plaintiffs' First Amended Complaint*.

Dated: May 7, 2008                        Respectfully submitted,

| DEBRA GRAHAM AND KATHLEEN HINDES | RYAN INTERNATIONAL AIRLINES |
|---|---|
| By: /s/ John C. Ireland<br>One of Their Attorneys | By: /s/ Alison B. Willard<br>One of Its Attorneys |
| John C. Ireland<br>The Law Office of John C. Ireland<br>1921 Charles Lane<br>Aurora, Illinois 60505<br>Tel: (630) 464-9675<br>Fax: (630) 206-0889<br>Email: attorneyireleand@aol.com | Charles C. Jackson<br>Sari M. Alamuddin<br>Alison B. Willard<br>Kirsten M. Evans<br>Morgan, Lewis & Bockius LLP<br>77 West Wacker Drive, Fifth Floor<br>Chicago, Illinois 60601<br>Tel: (312) 324.1000<br>Fax: (312) 324.1001<br>Email: awillard@morganlewis.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was electronically filed with the Clerk of Court this 7th day of May, 2008, which will send a notice of electronic filing to the following counsel of record:

> John C. Ireland
> The Law Office of John C. Ireland
> 1921 Charles Lane
> Aurora, Illinois 60505
> attorneyireleand@aol.com

> /s/Alison B. Willard
> One of Defendant's Attorneys

1-CH/213290.1