## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50019 | **DATE** | 5/9/2008 |
| **CASE TITLE** | GRAHAM vs. RYAN INTERNATIONAL | | |

**DOCKET ENTRY TEXT:**

Initial Pretrial Conference held.  Defendant's motion to withdraw Lori Hoadley as counsel is granted. Joint motion to stay is denied.  Defendant's motion to dismiss is taken under advisement. Response due May 30, 2008.  Reply due June 13, 2008. If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing.  Parties to hold Rule 26 conference.  Case management order due May 20, 2008.  Initial Pretrial Conference set for May 21, 2008 at 1:30 pm.

Docketing to mail notice.

00:03

| | Courtroom Deputy Initials: | GG |
|---|---|---|