**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Western Division**

Debra Graham, et al.
                              Plaintiff,

v.                                              Case No.: 3:08−cv−50019
                                                Honorable Frederick J. Kapala

Ryan International Airlines, Inc.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

   MINUTE entry before the Honorable P. Michael Mahoney:Initial Pretrial conference held on 5/21/2008. Case management order as to Claims 1 through 4 approved. FRCP 26(a)(1) disclosure due 6/30/08. Remainder of discovery to be set after motion to dismiss is resolved. Discovery Hearing set for 8/29/2008 at 09:30 AM. (glg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.