IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEBRA GRAHAM AND KATHLEEN HINDES individually and on behalf of all persons similarly situated as Collective representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN INTERNATIONAL AIRLINES, INC.<br><br>Defendant. | Case No. 08 C 50019<br><br>Honorable Judge Frederick J. Kapala<br><br>U.S. District Judge P. Michael Mahoney Magistrate Judge<br><br>**JURY TRIAL DEMANDED<br>ON ALL COUNTS** |

## NOTICE OF FILING

I, John C. Ireland, of the Law Office of John C. Ireland, hereby certify that I have caused copies of the

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

**A copy of this notice of filing**

To be served on the parties on the attached Service List on May 30, 2008, by United States Mail, with proper postage prepaid and/or by electronic mail

__-S-John C. Ireland____

John C. Ireland

John C. Ireland

1

The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois
60505
630-464-9675
Attorneyireland@aol.com
Attorney Number 6283137

## SERVICE LIST

Charles C. Jackson
Sari M. Alamuddin
Alison B. Willard
Kirsten M. Evans
Morgan, Lewis & Bockious LLP
77 West Wacker Drive
Fifth Floor
Chicago, Illinois
60601
312-324-1000
Fax 312-324-1001
Email Kirsten.evans@morganlewis.com