IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DEBRA GRAHAM, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:08-cv-50019 |
| | ) | |
| v. | ) | Judge Fredrick J. Kapala |
| | ) | |
| RYAN INTERNATIONAL AIRLINES, INC., | ) | Magistrate Judge Michael Mahoney |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF SEVEN DAYS
TO FILE DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Ryan International Airlines, by its attorneys, respectfully moves this Court for an extension of seven days, until June 20, 2008, to file its Reply in support of its Motion to Dismiss. In support of this agreed motion, Defendant states as follows:

1. On May 5, 2008, Defendant Ryan International Airlines filed its Motion to Dismiss Claims Five Through Ten of Plaintiffs' First Amended Complaint. (Doc. No. 26.)

2. On May 9, 2008, the Court ordered that Plaintiffs' response would be due by May 30, 3008, and Defendant's reply by June 13, 2008. (Doc. No. 37.)

3. On May 30, 2008, Plaintiffs filed their Response to Defendant's Motion to Dismiss Claims Five Through Ten of Plaintiffs' First Amended Complaint. (Doc. No. 41.)

4. Due to the international travel schedule of Defendant's representative responsible for review and approval of the Reply brief, as well as scheduling conflicts of Defendant's counsel responsible for drafting the Reply brief, Defendant requires an additional seven days in which to prepare a complete Reply to Plaintiffs' Response to Defendant's Motion to Dismiss.

1-CH/215206.1

5.　　On June 10, 2008, Defendant's counsel spoke by telephone with Plaintiffs' counsel, who stated that Plaintiffs have agreed to Defendant's motion for an extension of seven days in which to file its Reply.

**WHEREFORE**, Defendant respectfully requests that the Court enter an order extending the deadline to file its Reply in support of its Motion to Dismiss Claims Five Through Ten of Plaintiffs' First Amended Complaint by seven days, to and including June 20, 2008.

Dated: June 10, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　RYAN INTERNATIONAL AIRLINES


　　　　　　　　　　　　　　　　　　　　　By:　/s/ Alison B. Willard
　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

　　　　　　　　　　　　　　　　　　　　　Charles C. Jackson
　　　　　　　　　　　　　　　　　　　　　Sari M. Alamuddin
　　　　　　　　　　　　　　　　　　　　　Alison B. Willard
　　　　　　　　　　　　　　　　　　　　　Kirsten M. Evans
　　　　　　　　　　　　　　　　　　　　　Morgan, Lewis & Bockius LLP
　　　　　　　　　　　　　　　　　　　　　77 West Wacker Drive, Fifth Floor
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　Tel:  (312) 324.1000
　　　　　　　　　　　　　　　　　　　　　Fax:  (312) 324.1001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was electronically filed with the Court this 10th day of June, 2008, which will send a notice of electronic filing to the following counsel of record:

> John C. Ireland
> The Law Office of John C. Ireland
> 1921 Charles Lane
> Aurora, Illinois 60505
> atty4employees@aol.com

> /s Alison B. Willard
> One of Defendant's Attorneys

1-CH/215206.1