## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Debra Graham, et al.

                            Plaintiff,

v.                                                        Case No.: 3:08−cv−50019
                                                          Honorable Frederick J. Kapala

Ryan International Airlines, Inc.

                            Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

        MINUTE entry before the Honorable P. Michael Mahoney: Defendant's Motion
for extension of time to file reply regarding MOTION by Defendant Ryan International
Airlines, Inc. to dismiss *Claims Five Through Ten of Plaintiffs' First Amended Complaint
(Corrected)*[31] [42] is granted; Set deadlines as to motion to dismiss[31] : Replies due by
6/20/2008.Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.